IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


AUBREY W. ZIEGLER                                    PLAINTIFF

      vs.            CASE No. 08-2021

ACA RECEIVABLES COMPANY, LLC d/b/a
AMERICAN AGENCIES OF CALIFORNIA              DEFENDANTS


<u>**ORDER**</u>


      Now on this 17th day of June, 2008, there comes on for
consideration Plaintiff's Motion to Dismiss (Doc. 2).   In
accordance with the terms of the settlement agreement, and being
well and sufficiently advised in the premises, the Court finds
that the motion should be GRANTED, and this matter is DISMISSED
with prejudice.

      IT IS SO ORDERED.


                              <u>/s/ Robert T. Dawson</u>
                              Honorable Robert T. Dawson
                              United States District Judge